UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | LA 16-cv-06653 VAP (Ex) | Date | 7/9/2018 |
|---|---|---|---|
| Title | *Fred Segal, LLC  v.  Cormackhill, LP* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Larry C. Russ<br>Nathan D. Meyer | Christopher Chorba<br>Raymond LaMagna |

**Proceedings:**   PLAINTIFF AND COUNTER-DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT; [DOC. NO. 130] DEFENDANT'S CROSS MOTION FOR ENTRY OF FINAL JUDGMENT; [DOC. NO. 132]

Matter called.  Counsel for the parties are present as referenced above.  Court issues tentative ruling, and invites oral argument from Counsel.  Having heard from counsel, Court takes the matter under submission.

**IT IS SO ORDERED.**